**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **BRENDANISHA BROWN**, ) | |
| 7058 Roslyn Drive ) | |
| St. Louis, MO 63136 ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:26-CV-01071 |
| v. ) | |
| ) | |
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| **Defendant to be Served via Certified Mail at:** ) | |
| ) | |
| Todd Blanche, Attorney General of the United States ) | **JURY TRIAL DEMANDED** |
| US Department of Justice ) | |
| Civil Process Clerk ) | |
| 950 Pennsylvania Ave, NW ) | |
| Washington, DC 20530 ) | |
| ) | |
| and ) | |
| ) | |
| Thomas C. Albus, U.S Attorney for the EDMO ) | |
| Thomas Eagleton US Courthouse ) | |
| 111 S 10th Street, 20th floor ) | |
| St. Louis. MO 63102 ) | |
| ) | |
| and ) | |
| ) | |
| General Counsel ) | |
| United States Postal Service ) | |
| 475 L'Enfant Plaza SW ) | |
| Washington, DC 20260 ) | |

## <u>COMPLAINT</u>

COMES NOW Plaintiff, Brendanisha Brown, by and through counsel, and for her cause of

action against the Defendant states as follows:

1.      Plaintiff, Brendanisha Brown (hereafter "Plaintiff") is a resident of the State of

Missouri.

2.      Plaintiff brings this action pursuant to 28 U.S.C. § 2671, et seq., the Federal Tort Claims Act.

3.      All administrative remedies have been timely filed, pursued, and exhausted pursuant to 28 U.S.C. § 2671-2675.

4.      At all times mentioned herein, and specifically at the time of the automobile crash out of which this suit arises, Deon Tartt was an employee of the United States of America, specifically he was a driver for the United States Postal Service.

5.      At all times mentioned herein, and specifically at the time of the automobile crash out of which this suit arises, Deon Tartt was acting within the course and scope of his employment with the United States of America as a postal carrier/driver for the United States Postal Service (USPS).

6.      Deon Tartt is subject to this Court's supplemental jurisdiction, pursuant to 28 U.S.C. § 1367.

7.      On December 21, 2022, at approximately 4: 53 a.m., Plaintiff was the passenger of a 2023 BMW X5 being driven by Jerez Gatlin heading southbound on N Broadway Ave. approaching the intersection of Washington Ave and N Broadway Ave.

8.      At approximately the same time, Defendant United States of America, through its agent, servant and employee Deon Tartt, was operating a 2018 Daimler tractor trailer truck and hauling United States Postal trailer #53109 heading eastbound on Washington Ave approaching the intersection of N Broadway Ave.

9.      The intersection of Washington Ave and N Broadway Ave was being controlled by a flashing electric light signal at this time.

2

10.     Both Deon Tartt and Jerez Gatlin failed to pay attention to the roadway and entered the intersection causing them to collide with one another.

11.     A true and accurate copy of the Missouri Uniform Crash Report generated in connection with the December 21, 2022 collision at issue is attached as **Exhibit 1**, and is incorporated by reference as if fully set forth herein.

12.     The collision occurred as a direct result of the negligence of Defendant United States of America, by and through Deon Tartt, in one or more of the following respects:

a)     Deon Tartt Failed to keep a careful lookout for changing traffic conditions so that they could observe traffic in front of them on the roadway and stop their vehicles before striking the vehicle in front of them on the roadway;

b)     Deon Tartt failed to stop, swerve, slacken speed or sound a warning;

c)     Deon Tartt failed to keep control of their vehicle; and

d)     Deon Tartt negligently operated the tractor trailer truck at an excessive speed.

13.     Due to the collision on December 21, 2022, Plaintiff suffered multiple injuries, including head trauma, lacerations on the forehead and left eyelid, fractures of the 9th to 11th ribs on the right side, a fracture of the right femur, a concussion, and injuries to the right knee and abdomen. These injuries necessitated a three-day hospital stay.

14.     Plaintiff had surgery to repair lacerations on the forehead, eyebrow, and left upper eyelid on December 21, 2022. On December 22, 2022, Plaintiff underwent surgery to repair the fracture of the right femur.

15.     As a direct result of the negligence of Defendant as aforesaid, Plaintiff sustained injuries and damages to the various bones, joints, muscles, nerves and systems of her body; she has incurred past medical expenses in an amount of $136,949.05 and may in the future incur medical

3

expenses; her injuries are permanent and progressive; her ability to enjoy life has been and will in the future be impaired.

WHEREFORE, Plaintiff prays judgment against Defendant in an amount that is fair and reasonable, in excess of the minimum jurisdiction, together with costs expended herein, and for such other relief as the Court considers proper under the circumstances.

RESPECTFULLY SUBMITTED:

/s/ James W. Eason
JAMES W. EASON, #57112
The Eason Law Firm, LLC
1034 South Brentwood Blvd, PH-1C
St. Louis, Missouri 63117
(314) 932-1066
(314) 667-3161 Facsimile
jameseason@easonlawstl.com

4