UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BRENDANISHA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26 CV 1071 CDP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

Plaintiff Brendanisha Brown brings this action under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671, *et seq.*, alleging that she was injured when a U.S. Postal Service (USPS) vehicle, negligently driven by a USPS employee, collided with a vehicle in which she was riding as a passenger. Defendant United States of America moves to strike the jury demand made in Brown's complaint. Brown has not responded to the motion, and the time to do so has passed.

As set out in defendant's motion, Brown is not entitled to a jury trial on her claims under the FTCA in the circumstances of this case. *United States v. Neustadt*, 366 U.S. 696, 701 n.10 (1961). Claims of personal injury brought under the FTCA are tried to the Court, and not a jury. *See Mader v. United States*, 654 F.3d 794, 797 n. 1 (8th Cir. 2011) ("FTCA actions must be tried to a judge, not a jury."). I will therefore grant defendant's motion to strike Brown's jury demand in

this case.

Accordingly,

**IT IS HEREBY ORDERED** that defendant United States of America's Motion to Strike Plaintiff's Jury Trial Demand [4] is **GRANTED**.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of October, 2026.